1
2
3
4
5
6

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| MICHAEL EVANS, et al., | CASE NO. C22-0056JLR |
|---|---|
| Plaintiffs, | ORDER REMANDING CASE TO SNOHOMISH COUNTY SUPERIOR COURT |
| v. | |
| ALBERTSON'S LLC, | |
| Defendant. | |

Before the court is Defendant Albertson's LLC's ("Albertson's") response to the court's order to show cause, which includes a joint motion for this matter to be remanded to Snohomish County Superior Court. (*See* OSC Resp. (Dkt. # 8) at 1; OSC (Dkt. # 7)). Albertson's reports that it has identified a non-party that it may wish to add to this lawsuit and that the addition of that non-party would "preclude federal diversity jurisdiction." (*Id.*) Accordingly, the parties have jointly moved for the court to remand this matter to Snohomish County Superior Court. (*Id.*) The court has reviewed the joint motion and considered the applicable law. Being fully advised, the court GRANTS the joint motion

ORDER - 1

for remand (Dkt. # 8).  The Clerk is DIRECTED to REMAND this action to Snohomish County Superior Court.

Dated this 23rd day of February, 2022.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER - 2